# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD WAYNE DURLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-34-SLP |
| STATE OF OKLAHOMA, et al., | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 9].  The Magistrate Judge recommends that the Court deny Plaintiff's Application and Amended Application to Proceed Without Prepaying Fees or Costs (i.e., to proceed in forma pauperis) [Doc. Nos. 2, 6].  The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before February 7, 2025.  *Id.* at 5.[1]  No objection has been filed, nor has an extension of time in which to object been sought or granted.  Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is ADOPTED and Plaintiff's Application and Amended Application to Proceed Without Prepaying Fees or Costs [Doc. Nos. 2, 6] are DENIED.  Plaintiff shall pay the $405.00

---

[1] The Magistrate Judge further advised Plaintiff that failure to timely object waives the right to appellate review of the issues addressed in the R&R.

filing fee within 21 days of the date of this Order. Failure to pay the filing fee may result in dismissal of this action without prejudice.

    IT IS SO ORDERED this 14th day of February, 2025.

                                        SCOTT L. PALK
                                        UNITED STATES DISTRICT JUDGE